## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MICHAEL DORSEY                    Docket No. 3:00CR00038(RNC)

FILED 2008 AUG 15 P 3: [illegible] U.S. DISTRICT COURT NEW HAVEN, CT

### PETITION ON PROBATION AND SUPERVISED RELEASE

       **COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Dorsey, who was sentenced to 87 months' incarceration, the terms to run concurrently, to be followed by 5 years' supervised release for a violation of Counts One, Two, Eight and Ten of the twelve count Indictment in Criminal Number 3:00CR00038(RNC), which charges him in Count One with Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. § 846; in Count Two with Possession and Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1); and, in Counts Eight and Ten with Possession and Distribution of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, by the Honorable Robert N. Chatigny, Chief United States District Judge, sitting in the court in Hartford, Connecticut on April 12, 2001, and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions and terms as follows: 1) The defendant will abstain from using illegal drugs and alcohol and; 2) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment as directed by the United States Probation Office; the defendant will pay all, or a portion of, the costs associated with any such treatment based on his ability to pay, in an amount to be determined by the United States Probation Office. The defendant commenced supervision on February 13, 2006, with a termination date of February 12, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

### Charge No. 1 - Conditions Violated:

| | |
|---|---|
| Mandatory Condition: | "The defendant shall not commit another federal, state or local offense." |
| Standard Condition: | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substances, or any paraphernalia related to such substances, except as prescribed by a physician." |
| Standard Condition: | "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered." |

On August 6, 2008, Mr. Dorsey was arrested by the West Haven Police Department, pursuant to three separate arrest warrants each issued on August 5, 2008, which were prepared by the New Haven Drug Enforcement Administration (DEA) Task Force. The warrants charge the defendant with Conspiracy/Possession of Narcotics With Intent to Sell, Conspiracy/Sale of Narcotics, Conspiracy/Possession of Narcotics, two counts of Possession of Narcotics With Intent to Sell, two counts of Sale of Narcotics, two counts of Possession of Narcotics, and one count of Risk of Injury to a Minor. The warrants allege that on March 27, 2008, May 8, 2008, and May 15, 2008, the defendant sold heroin to a cooperating witness (CW). The defendant sold heroin in bundle quantities, worth $170 to customers in the New Haven and West Haven areas.

It should also be noted that, when the defendant was arrested, law enforcement officers retrieved "2 bundles (20 bags of heroin)" from the defendant's person and will be pursing additional charges.

Mr. Dorsey subsequently posted a $300,000 bond on August 6, 2008. He is scheduled to appear before the Milford Superior Court on August 19, 2008.

**Charge No. 2 - Condition Violated:**

Standard Condition: "The defendant shall report in person to the probation officer in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons; and shall submit a truthful and complete written report within the first five days of each month."

Standard Condition: "The defendant shall notify the probation officer within 72 hours of any change in residence or employment."

As stated in the arrest reports, a DMV record check of license plate CT 970WPS for the Mercedes which the defendant was operating at the time of his arrest indicated that the vehicle was registered to Michael Dorsey at 4 Hugo Street, West Haven, Connecticut. The defendant was never granted permission by this officer to reside at any location other than 95 Elm Street, West Haven, Connecticut, where he was approved to reside with his parents. On each Monthly Supervision Report that the defendant submitted since the commencement of his supervised release, he reported that he was, in fact, residing with his parents. Furthermore, the defendant never disclosed on a Monthly Supervision Report that he owned a Mercedes.

As reported in the arrest warrants, the defendant had allegedly been dealing heroin from approximately February through May 2008. The defendant, however, submitted Monthly Supervision Reports for the months of February through June 2008 indicating that he had neither possessed nor used any illegal drugs.

**Charge No. 3 - Condition Violated:**

Standard Condition: "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer."

Standard Condition: "The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."

On July 10, 2008, the defendant's cousin, Tyrell Dorsey, who is also a convicted felon and under active federal supervised release, was arrested by the New Haven Police and charged with felony drug charges. According to the arrest report, the defendant was with Tyrell Dorsey, when police effectuated a motor vehicle stop. Officers subsequently conducted a search of Tyrell Dorsey's person and found a small "bundle" of heroin, which contained ten glassine bags, each stamped with a skull and cross bones in either blue or black ink, with the inscription of "Came to kill." The driver, Michael Dorsey, was placed into handcuffs and questioned, at which time he admitted that he was the owner of the vehicle and had previously allowed Tyrell Dorsey to use his vehicle. Michael Dorsey stated that he was unaware that Tyrell Dorsey was using his vehicle to sell drugs, and he was subsequently released by law enforcement officers.

The defendant was never granted permission to associate with Tyrell Dorsey. Also, the defendant failed to notify this officer within 72 hours of his contact with the New Haven Police Department on July 10, 2008.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Michael Dorsey to appear before this Court at Hartford, Connecticut on __8-28__, 2008, at __10:00 a.m.__ to show cause as to why his supervised release term should not be revoked.

## ORDER OF COURT

Considered and ordered this day __15th__ of August, 2008 and ordered filed and made a part of the records in the above case.

__/s/ Ellen Bree Burns, SUSDJ__
The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

__/s/ Patrick D. Norton__
Patrick D. Norton
United States Probation Officer

Place __New Haven, Connecticut__

Date __August 15, 2008__

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this __15th__ day of August 2008 at New Haven, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

__/s/ Ellen Bree Burns, SUSDJ__
The Honorable Ellen Bree Burns
Senior United States District Judge

JPM