HONORABLE Chatigny  Viol-Hrg(May 22, 2007)
DEPUTY CLERK Walker    RPTR/ECRO/TAPE Warner
USPO Norton    INTERPRETER

TOTAL TIME: ___ hours 30 minutes
DATE 8/28/08    START TIME 10:15am    END TIME 10:45am

CR. No. 3:00CR38 (RNC)    DEFT # #3

UNITED STATES OF AMERICA    §    Jim Genco    AUSA
                            §
vs.                         §
                            §
Michael Dorsey              §    Michael Hillis    [R]
                                 Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

[X] SUPERVISED RELEASE  [ ] PROBATION  [ ] COMPLIANCE HEARING (check one)

[X] Deft arrested on 8/28/08 (Self-Surrender)
[ ] Deft failed to appear, Bench warrant to issue
[X] Violation Hrg continued until 10/2/08 at 10:00AM
[ ] Deft admits violation
[ ] CJA 23 Financial Affidavit filed [ ] sealed by the Court.
[ ] Court appoints _____ to represent defendant [ ] for this proceeding [ ] for entire proceeding;
    CJA Appointment date: _____.
[ ] Order appointing Federal Public Defender's Office filed
[ ] Court finds deft [ ] has [ ] has not violated terms of [ ] probation [ ] supervised release
[ ] Probation/Supervised Release [ ] revoked [ ] continued [ ] modified
[ ] _____ months imprisonment on Count(s)_____
[ ] Upon release the defendant shall be on supervised release for a term of _____ years/months
[ ] [ ] Supervised release [ ] probation continued for a period of _____ years/months on count(s) _____
[ ] Deft shall pay a fine of $_____ on Count(s)_____ to be paid by _____
[ ] Court recommends incarceration at _____
[ ] Deft shall pay $_____ per month for the cost of [ ] incarceration [ ] supervised release
    [ ] community confinement (Halfway House)
[ ] Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
[ ] Deft ordered to surrender on _____ to [ ] U.S. Marshal [ ] institution
[ ] Bond [ ] continued [ ] set at $_____ [ ] Non-surety [ ] Surety [ ] PR
[ ] Violation sentencing set for _____
[X] Deft detained — order to follow
[ ] _____

[ ] SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE