```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


UNITED STATES                     :

V.                                : Case No. 3:00-CR-38(RNC)

MICHAEL DORSEY                    :
```

ORDER

On April 12, 2001, the defendant was sentenced on drug-related charges to 87 months of imprisonment followed by five years of supervised release.  He began his period of supervised release on February 13, 2006.  On August 15, 2008, the United States Probation Office submitted a petition citing the defendant for violating mandatory and standard conditions of his supervised release ("the petition").  The petition alleges, among other things, that state arrest warrants have been issued charging the defendant with various drug-related offenses, that the charges arise from his sale of heroin to a cooperating witness, that he has been arrested pursuant to the warrants, and that at the time of his arrest bundles of heroin were found on his person.

Based on the petition, the defendant was summoned to appear and show cause why his supervised release should not be revoked. At a revocation hearing on August 28, 2008, the defendant requested additional time to prepare to respond to the petition. The Court continued the revocation hearing until October 2, 2008. The government requested that the defendant be detained pending

the outcome of the hearing.  Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6), a person who is summoned to show cause why his supervised release should not be revoked may be detained under 18 U.S.C. § 3143(a) pending further proceedings unless he carries the burden of establishing that he will not flee or pose a danger to any other person or to the community.[1]  The defendant did not make this showing.  In light of the allegations of the petition concerning the defendant's activities while on supervised release, the Court determined that the defendant should be detained because his release would pose a danger to the safety of the community.

Accordingly, it is hereby ordered that the defendant is detained pending the continued hearing on the petition to revoke his supervised release.

```
                              ____/s/ RNC_____
                                   Robert N. Chatigny
                              United States District Judge
```

---

[1] Section 3143(a) provides that a person who has been found guilty of an offense and is awaiting imposition of sentence must be detained unless a judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released.